No. 85–5094.  BAILEY v. DELAWARE.  Sup. Ct. Del.  Certiorari denied.  JUSTICE BRENNAN and JUSTICE MARSHALL would grant certiorari.

No. 84–6668.  THOMAS v. UNITED STATES;
No. 84–6673.  THOMAS v. UNITED STATES; and
No. 84–6872.  THOMAS v. UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.  JUSTICE MARSHALL would grant certiorari.  Reported below: No. 84–6668, 243 U. S. App. D. C. 349, 753 F. 2d 167; No. 84–6673, 243 U. S. App. D. C. 348, 753 F. 2d 166; No. 84–6872, 245 U. S. App. D. C. 234, 759 F. 2d 960.

No. 84–6980.  WHITLEY v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.  JUSTICE MARSHALL would grant certiorari.

No. 85–5045.  GROZA v. VETERANS ADMINISTRATION ET AL.  C. A. 9th Cir.  Certiorari denied.  JUSTICE MARSHALL would grant certiorari.